## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Brandon Snow, Trustee of the Teamsters Local 786 | ) | |
| Building Material, Chauffeurs, Teamsters and | ) | NO.:_____ |
| Helpers Welfare Fund and Teamsters Local 786 | ) | |
| Lumber Employees Retirement Fund, | ) | JUDGE:_____ |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE: |
| v. | ) | |
| | ) | _____ |
| R WAY TRUCKING, INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **COMPLAINT**

Plaintiff, Brandon Snow ("Snow" or "Trustee"), as Trustee of the Teamsters Local 786 Building Material Chauffeurs, Teamsters and Helpers Welfare Fund ("Welfare Fund") and Teamsters Local 786 Lumber Employees Retirement Fund (herein "Lumber Fund") (collectively the "Funds"), by and through his attorneys, VINCENT D. PINELLI and COLIN M. CHENOWETH, complains against the Defendant, R WAY TRUCKING, INC., an Illinois corporation, and in support thereof states as follows:

1.  Jurisdiction and venue are based upon sections 502(a), (e), and (f) of the *Employee Retirement Income Security Act of 1974, as amended* ("ERISA"), 29 U.S.C. §§ 1132(a), (e), and (f), as more fully appears herein.

2.  The Welfare Fund and Lumber Funds are multi-employer employee benefit plans within the meaning of Sections 3(3) and (37) of ERISA, 29 U.S.C. §§ 1002(3) and (37), and maintains their principal place of operation at 300 South Ashland Avenue, Chicago, Illinois.

3.  Plaintiff Snow is a Trustee of the Welfare Fund and Trustee of the Lumber Fund; is a fiduciary within the meaning of Section 3(21) of ERISA, 29 U.S.C. §1002(21); and has been authorized by the Trustees of the Welfare Fund and the Lumber Fund to bring this action on behalf of the Funds.

4.     R Way Trucking, Inc., ("Employer") is an Illinois corporation which maintains its principal place of business within this judicial district and is an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5).

5.     Teamster Local 786 Building Material Chauffeurs, Teamsters and Helpers Welfare Fund is an employee organization within the meaning of Section 3(4) of ERISA, 29 U.S.C. §1002(4).

6.     Teamsters Local 786 Lumber Employees Retirement Fund is an employee organization within the meaning of Section 3(4) of ERISA, 29 U.S.C. §1002(4).

7.     Pursuant to Article 7(1)(c) of a Collective Bargaining Agreement effective June 1, 2023, through May 31, 2027 (the "Agreement"), Employer, the Welfare Fund, and the Lumber Fund are parties and bound to said Agreement. A copy of the Agreement is attached hereto as **Exhibit A**.

8.     Pursuant Article 7(1)(c) Employer agreed that is was bound and is a party to the Trust Agreement creating the Health and Welfare Fund and the Lumber Retirement Pension Fund, and all prior and subsequent amendments thereto, as if it had signed the original copy of each of the said Trust Agreements.

9.     Pursuant to Article 25 of the Agreement, Employer is required to provide records necessary to ascertain that appropriate contributions to the Welfare Fund and Lumber Fund are being collected correctly and being paid in full.

10.     A letter was sent to Employer on May 1, 2024, requesting Employer to produce records necessary for an audit. A copy of the May 1, 2024; letter is attached hereto as **Exhibit B**. The Employer did not provide the requested documents. Employer was again asked to provide specific documents in a letter dated March 25, 2025. A copy of the March 25, 2025, letter is attached hereto as **Exhibit C**. On April 11, 2025 Plaintiff's counsel sent another letter to Employer giving a final written request from the Funds seeking compliance with Agreement. A copy of the April 11, 2025, letter is attached hereto as **Exhibit D**.

11.     Notwithstanding the above obligation, the Employer has failed and refused to provide the requested records for review as required under Article 25 of the Agreement.

**WHEREFORE**, Plaintiff, Brandon Snow. as Trustee of the Teamsters Local 786 Building Material Chauffeurs, Teamsters and Helpers Welfare Fund and Teamsters Local 786 Lumber Employees Retirement Fund, respectfully requests that this Court issue an order against Defendant R WAY TRUCKING, INC., an Illinois corporation, granting the following relief:

A.   A judgment against Defendant requiring that it provide necessary records to complete an audit of contributions paid and owed within 10 business days.

B.   A judgment on behalf of Plaintiff Trustee for reasonable attorneys' fees, audit fees, and the costs of this action;

C.   An order that this Court will retain jurisdiction of this cause pending compliance with its Orders; and

D.   For such further and additional relief as may be necessary.

**DATED** this 30th day of June 2025.


Respectfully submitted,

     /s/ Vincent D. Pinelli
**VINCENT D. PINELLI**
Attorney for Plaintiff

Vincent D. Pinelli
vpinellie@bbp-chicago.com
Colin M. Chenoweth
cchenoweth@bbp-chicago.com
**BURKE BURNS & PINELLI, LTD.**
70 West Madison Street
Suite 4300
Chicago, Illinois 60602
(312) 541-8600
Firm ID: 29282