## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Brandon Snow, et al.

                Plaintiff,

v.

R Way Trucking, Inc.

                Defendant.

Case No.: 1:25–cv–07305
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Status hearing held on 5/14/2026. Vincent Kern appeared on behalf of Defendant R Way Trucking, Inc. Mr. Kern was advised that corporations cannot proceed pro se and that Mr. Kern therefore should retain counsel to represent Defendant. A failure to retain counsel risks entry of default and default judgment against Defendant. Plaintiff is granted leave to file an amended complaint by 6/4/2026. Plaintiff is to provide Defendant with a copy of the amended complaint as well as a copy of this minute order. A status hearing is set for 6/15/2026 at 9:30 a.m. The parties are strongly encouraged to continue efforts to resolve their dispute without further litigation. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.