# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Brandon Snow, et al.

Plaintiff,

v.

R Way Trucking, Inc.

Defendant.

Case No.: 1:25–cv–07305

Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 15, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Status hearing held on 6/15/2026. Defendant's answer to Plaintiff's first amended complaint is due 6/30/2026. Parties are to meet and confer on settlement efforts. A status hearing is set for 8/4/2026 at 9:30 a.m. The parties should be prepared to report on where settlement discussions stand. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.