**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Brandon Snow, et al.

                            Plaintiff,

v.                                                                Case No.: 1:25–cv–07305
                                                                  Honorable Georgia N. Alexakis

R Way Trucking, Inc.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

        MINUTE entry before the Honorable Georgia N. Alexakis: Status hearing held on 8/4/2026. The parties reported on their ongoing efforts to settle their dispute. A status hearing is set for 9/22/2026 at 9:30 a.m. so that the parties may report on additional progress toward settlement. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.