**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Brandon Snow, Trustee of the Teamsters Local 786 Building Material, Chauffeurs, Teamsters and Helpers Welfare Fund and Teamsters Local 786 Lumber Employees Retirement Fund, Plaintiff, | ) | NO.:1:25-cv-07305 |
| v. | ) | The Honorable Judge Georgia N. Alexakis |
| R WAY TRUCKING, INC., an Illinois corporation, Defendant. | ) | |

**PARTIES' JOINT STATUS REPORT**

Now comes Plaintiff Brandon Snow as Trustee of the Teamsters Local 786 Building Material, Chauffeurs, Teamsters and Helpers Welfare Fund ("Welfare Fund") and as Trustee of Teamsters Local 786 Lumber Employees Retirement Fund ("Lumber Fund"), by his attorneys Vincent D. Pinelli and Colin M. Chenoweth, Defendant R Way Trucking, Inc. by its counsel, Todd A. Miller and hereby present this Joint Status Report as follows:

a) **Motions:**

There are no pending motions before the Court at this time.

b) **Settlement Discussions:**

The Parties have been actively engaged in good faith settlement discussions since the last Court status hearing and have exchanged settlement proposals. The Parties are in need of some additional time to complete the settlement discussions. The parties believe that they will be able to complete their discussions within 45 days. At that time the Parties should be able to tell the Court that a settlement has been reached or that they will need to proceed with the litigation or will stipulate to judgment. Accordingly, the Parties respectfully request that this matter be continued to

a date convenient to the Court and the Parties at least 45 days hereafter for the Parties to report on the status of the completion of settlement discussions.

Dated: November 9, 2026.

Counsel For Plaintiff
Vincent D. Pinelli
Colin M. Chenoweth
Burke Burns & Pinelli, Ltd.
70 W. Madison Street, Suite 4300
Chicago, IL 60602
(312) 541-8600
vpinelli@bbp-chicago.com
cchenoweth@bbp-chicago.com

Counsel For Defendant
Todd A. Miller
Alloco, Miller & Cahill, P. C.
20 N. Clark Street, Suite 3517
Chicago, IL 60606
(312) 675 4325
tam@allocomiller.com